**GILBERT, KELLY, CROWLEY & JENNETT LLP**
DAVID M. DANIELS / Bar No. 170315
ddaniels@gilbertkelly.com
1013 Galleria Boulevard, Suite 205
Roseville, California 95678-1363
(916) 472-3300; FAX: (213) 615-7100

**Mailing Address:**
550 South Hope Street, 22nd Floor
Los Angeles, California 90071-2627

Attorneys for Defendant, Cross-Claimant and Cross-Defendant
CASCADE FOAM INSULATION LLC dba
CASCADE FOAM INSULATION

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. BRAD DORKEN,<br><br>　　　　Plaintiff,<br>　v.<br><br>DEMILEC, INC., CASCADE FOAM INSULATION LLC dba CASCADE FOAM INSULATION; PAUL LENNON dba PBL DESIGNS, and DOES 1 through 20, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No. 2:15-CV-01628-TLN-CMK<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT CASCASE FOAM INSULATION LLC DOING BUSINESS AS CASCADE FOAM INSULATION'S NOTICE OF MOTION AND MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION (Docket #29); and ORDER THEREON**<br><br>Date:　　　June 2, 2016<br>Time:　　　2:00 p.m.<br>Courtroom:　2 |

　　　Plaintiff H. Brad Dorken and defendants, Cascade Foam Insulation LLC, doing business as Cascade Foam Insulation, and Demilec, Inc., by and through their respective counsel of record, (the "Parties") hereby agree and stipulate that the hearing on Defendant Cascade Foam Insulation LLC doing business as Cascade Foam Insulation's Notice of Motion and Motion for Good Faith Settlement Determination (Docket # 29) be continued from June 2, 2016, at 2:00 p.m. to June 16, 2016, at 2:00 p.m. and that the deadlines for filing any opposition and any reply to the opposition be based on the continued hearing date.  The Parties further agree and stipulate that good cause

exists to continue the hearing, because they have reached a conditional agreement in which Demilec, Inc., the non-settling party, will stipulate to the motion being granted if certain conditions are met, those conditions cannot be met before Demilec, Inc. would otherwise be required to file an opposition to the motion based on the current hearing date, and the conditions are expected to be met in sufficient time before the continued hearing date to allow a stipulation for the motion being granted to be filed and processed before the continued hearing.  The Parties hereby approve the agreed order on this stipulation and the jointly apply for the order to be entered forthwith.

**IT IS SO STIPULATED.**

Date:  May 19, 2016        , 2016        MAIRE & DEEDON

 /s/
Mark Hardy
Attorneys for Plaintiff H. Brad Dorken

Date:  May 19, 2016             RYAN & LIFTER

/s/ Jill Lifter
Jill Lifter
Attorneys for Defendant Demilec, Inc.

Date:  May 19, 2016             GILBERT KELLY CROWLY & JENNETT LLP

/s/ David M. Daniels
David M. Daniels
Attorneys for Defendant Cascade Foam Insulation LLC

**IT IS SO ORDERED.**

Dated: May 24, 2016

Troy L. Nunley
United States District Judge

Gilbert, Kelly
Crowley & Jennett LLP
Attorneys at Law