JILL J. LIFTER, ESQ.  (State Bar No. 120832)
**RYAN & LIFTER**
A Professional Corporation
2000 Crow Canyon Place, Suite 400
San Ramon, CA  94583-1367
Tel:  (925) 884-2080
Fax:  (925) 884-2090
Attorneys for Defendant and Cross-Defendant
DEMILEC, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| H. BRAD DORKEN,<br><br>    Plaintiff,<br><br>vs.<br><br>DEMILEC, INC.;<br>CASCADE FOAM INSULATION;<br>PAUL LENNON dba PBL DESIGNS;<br>and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTIONS | CASE NO.:  2:15-CV-01628-TLN-CMK<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT CASCADE FOAM INSULATION LLC DOING BUSINESS AS CASCADE FOAM INSULATION'S NOTICE OF MOTION AND MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION (Docket #29); and ORDER THEREON**<br><br>DATE:          June 16, 2016<br>TIME:           2:00 p.m.<br>Courtroom:    2 |

Plaintiff H. Brad Dorken and defendants Cascade Foam Insulation LLC, doing business as Cascade Foam Insulation, and Demilec, Inc., by and through their respective counsel of record, (the "Parties") hereby agree and stipulate that the hearing on Defendant Cascade Foam Insulation LLC doing business as Cascade Foam Insulation's Notice of Motion and Motion for Good Faith Settlement Determination (Docket #29) be continued from June 16, 2016 at 2:00 p.m. to June 30, 2016 at 2:00 p.m. and that the deadlines for filing any opposition and any reply to the opposition be based on the continued hearing date. The Parties further agree and stipulate that good cause exists to continue the hearing, because they have

1

**STIPULATION TO CONTINUE HEARING ON DEFENDANT CASCADE FOAM INSULATION LLC DOING BUSINESS AS CASCADE FOAM INSULATION'S NOTICE OF MOTION AND MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION (Docket #29); and ORDER THEREON**
G:\DOCS\TLN\CHAMBER DOCUMENTS\iFolder Documents\TO TLN - CIVIL ORDERS\15cv1628.stipo.0602.dorken.docx

reached a conditional agreement in which Demilec, Inc., non-settling party, will stipulate to the motion being granted if certain conditions are met, those conditions have not yet been met before Demilec, Inc. would otherwise be required to file an opposition to the motion based on the current hearing date, and the conditions are now expected to be met in sufficient time before the continued hearing date to allow a stipulation for the motion being granted to be filed and processed before the continued hearing. The Parties hereby approve the agreed order on this stipulation and they jointly apply for the order to be entered forthwith.

**IT IS SO STIPULATED.**

Date:  June 2, 2016						MAIRE & DEEDON


						By ____/s/_____
						       Mark Hardy
						       Attorneys for Plaintiff H. Brad Dorken


Date:  June 2, 2016						GILBERT KELLY CROWLY & JENNETT LLP


						By ____/s/_____
						       David M. Daniels
						       Attorneys for Defendant Cascade Foam Insulation, LLC

Date: June 2, 2016						RYAN & LIFTER
						A Professional Corporation


						By ___/s/Jill J. Lifter_____
						       JILL J. LIFTER
						       Attorneys for Defendant/Cross-Defendant
						       DEMILEC, INC.

**IT IS SO ORDERED:**

Dated: June 2, 2016					[signature]
						_____
						Troy L. Nunley
						United States District Judge

**STIPULATION TO CONTINUE HEARING ON DEFENDANT CASCADE FOAM INSULATION LLC DOING BUSINESS AS CASCADE FOAM INSULATION'S NOTICE OF MOTION AND MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION (Docket #29); and ORDER THEREON**
G:\DOCS\TLN\CHAMBER DOCUMENTS\iFolder Documents\TO TLN - CIVIL ORDERS\15cv1628.stipo.0602.dorken.docx