# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| H. BRAD DORKEN, | CASE NO.: 2:15-CV-01628-TLN-CMK |
| Plaintiff, | **ORDER GRANTING DEFENDANT CASCADE FOAM INSULATION LLC dba CASCADE FOAM INSULATION'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION** |
| vs. | |
| DEMILEC, INC.; CASCADE FOAM INSULATION; PAUL LENNON dba PBL DESIGNS; and DOES 1 through 20, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

This matter is before the Court, pursuant to Defendant Cascade Foam Insulation LLC doing business as Cascade Foam Insulation's ("Cascade") Motion for Good Faith Settlement Determination. (ECF No. 29.)

Defendant and Cross-Defendant, Demilec, Inc. ("Demilec") has filed a Statement of Non-Opposition to the motion. (ECF No. 38.) Demilec states that in doing so it relied on written representations by Daron Snopl, within his personal knowledge as the sole principal owner of Cascade, including but not limited to the fact that there are no other available sums from applicable insurance to contribute in addition to the proposed $80,000 settlement with Plaintiff H. Brad Dorken ("Plaintiff"). The written representations are contained in a letter

1

**ORDER GRANTING DEFENDANT CASCADE FOAM INSULATION LLC DOING BUSINESS AS CASCADE FOAM INSULATION'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION**

dated June 2, 2016, and attached as Exhibit A to the Statement of Non-Opposition.  (*See* ECF No. 38.)

Demilec's non-opposition is also conditioned upon Cascade's agreement to dismiss with prejudice Cascade's cross-complaint against Demilec if the motion is granted and upon Plaintiff's stipulation that the entire $80,000 settlement received on behalf of Cascade constitutes compensation for economic damage for which Demilec will receive 100% as a credit against any award or judgment against Demilec for economic loss.

After consideration of the briefs and the Statement of Non-Opposition, IT IS HEREBY ORDERED that Cascade's Motion for Good Faith Settlement Determination is GRANTED pursuant to the above conditions.

Dated: August 24, 2016

_____
Troy L. Nunley
United States District Judge

ORDER GRANTING DEFENDANT CASCADE FOAM INSULATION LLC DOING BUSINESS AS CASCADE FOAM INSULATION'S MOTION FOR GOOD FAITH SETTLEMENT DETERMINATION