IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| H. BRAD DORKEN, | No. 2:15-cv-1628-TLN-CMK |
| Plaintiff, | |
| vs. | ORDER |
| DEMILEC, INC., et al., | |
| Defendants. | |

Pending before the court is Plaintiff's motion for discovery, to deem requests for admissions admitted (Doc. 53). Plaintiff filed the motion on February 14, 2017, setting the motion for hearing before the undersigned on March 8, 2014. Defendant then filed an opposition to the motion.

Eastern District of California Local Rule 251 governs motions dealing with discovery matters. Rule 251 specifically provides for the parties to the discovery dispute meet and confer and, if unable to resolve their differences, file a joint statement setting forth their differences and the bases therefor. The only exceptions from filing the required joint statement is where there is a complete and total failure to respond to the discovery requests or where the only relief sought is the imposition of sanctions. L.R. 251(e). If the parties were unable to cooperate

1

sufficiently to prepare and execute the required joint statement, counsel for the moving party may file and serve an affidavit so stating, setting forth the efforts extended to obtain the joint statement, and the issues to be determined at the hearing. L.R. 251(d).

Here, these procedures were not followed by the parties. There has been no joint statement filed, no affidavit setting forth any reason why a joint statement could not be filed, and neither of the exceptions appears to be relevant. As the parties failed to follow the Local Rules, the motion and hearing will be stricken. If the parties are unable to resolve their issues, the motion may be renoticed for hearing following the proper procedures.

Accordingly, IT IS HEREBY ORDERED that the motion for discovery (Doc. 53) and the opposition thereto (Doc. 54) are stricken as improperly filed and the hearing set for March 8, 2017, is taken off calendar.

DATED: March 2, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE