# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

H. BRAD DORKEN,

    Plaintiff,

vs.

DEMILEC, INC.;
CASCADE FOAM INSULATION;
PAUL LENNON dba PBL DESIGNS;
and DOES 1 through 20, inclusive,

    Defendants.
_____/

CASE NO.: 2:15-CV-01628-TLN-CMK

## ORDER ON JOINT MOTION FOR EXTENSION OF TIME FOR DISCLOSURE OF EXPERT WITNESSES AND COMPLETION OF DISCOVERY

This matter is before the Court on the parties Joint Motion for Extension of Time for disclosure of expert witnesses and completion of discovery. The Court, having reviewed the Motion and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that said Motion is GRANTED. (1) The deadlines found in the pre-trial order regarding the completion of discovery and disclosure of expert witnesses shall be extended to September 27, 2017 and August 31, 2017 respectively.

SO ORDERED:

Dated: June 29, 2017

                                                     Troy L. Nunley
                                                     United States District Judge